**Lester STEPHENSON, Plaintiff–Appellant,**

v.

**DUNFORD, R. Tomporowski, R. Bish, C. Weichett, E. Stachewicz, Walter Kelly, Superintendent, Defendants–Appellees.**

**Docket No. 04–3321.**

United States Court of Appeals, Second Circuit.

July 13, 2005.

1. The Honorable Frederick J. Scullin, Jr., Chief Judge, United States District Court, Northern District of New York, sitting by designation.

Lester Stephenson, Elmira, NY, for Appellant, pro se.

Martin A. Hotvet, Assistant Solicitor General (Nancy A. Spiegel, Senior, Assistant Solicitor General, Eliot Spitzer, Attorney General, of counsel), State of New York Office of the Attorney General, Albany, NY, for Appellees.

PRESENT: CABRANES, RAGGI Circuit Judges and SAND * District Judge.

### SUMMARY ORDER

Plaintiff appeals from a judgment dated May 10, 2004, grating defendants' motion for summary judgment on the ground that plaintiff failed to exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a).

By agreement of the parties, *see* State of New York Letter Brief at 2, we vacate and remand the cause to the District Court to consider whether plaintiff has adduced "special circumstances in which ... the prisoner's failure to comply with administrative procedural requirements may nonetheless have been justified." *Giano v. Goord*, 380 F.3d 670, 676 (2d Cir.2004); *see also Hemphill v. New York*, 380 F.3d 680, 689 (2d Cir.2004). As we noted in *Hemphill*, such circumstances might include an inmate's reasonable belief that his attempt to exhaust available administrative remedies by writing directly to the Superinten-

dent comported with the Department of Correctional Services' procedural rules. *Hemphill*, 380 F.3d at 689–90.

We hereby **VACATE** the judgment of the District Court and **REMAND** for further proceedings consistent with this order.